UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HUMAN REGENERATIVE TECHNOLOGIES LLC; and SKYE ORTHOBIOLOGICS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION ALLOGRAFT SOLUTIONS, LLC; ALAMO BIOLOGICS, LLC; DOROTEA HOLDING CO., LLC; A. LEE ANDREWS, and DOES 1 – 10,<br><br>Defendants. | Case No.: 5:24-cv-00147-JKP-RBF |

### NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Plaintiffs Human Regenerative Technologies LLC, and Skye Orthobiologics LLC, and Defendants Precision Allograft Solutions, LLC; Alamo Biologics, LLC; Dorotea Holding Co., LLC; and A. Lee Andrews, (collectively the "Parties") have reached a settlement of this entire action following a mediation.

The Parties are preparing settlement documents and a stipulation for dismissal of this entire action.

1

#2037436v1

        Attorneys for HUMAN REGENERATIVE TECHNOLOGIES LLC and SKYE ORTHOBIOLOGICS LLC

By:    */s/ Ryan Saba*
      Ryan Saba (pro hac vice)
      rsaba@rosensaba.com
      Laura St. Martin (pro hac)
      lstmartin@rosensaba.com
      Allison Owens (pro hac)
      aowens@rosensaba.com
      **Rosen Saba LLP**
      2301 Rosecrans Ave., Ste. 3180
      El Segundo, California
      Telephone: (310) 285-1727
      Fax: (310) 285-1728

#2037436v1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served vie electronic service on February 26, 2025. All counsel of record were served electronic service.

| | |
|---|---|
| **Barnes & Thornburg LLP** | **Clark HILL PLC** |
| Alicia M. Barrs | Stephen T. Dennis |
| alicia.barrs@btlaw.com | sdennis@clarkhill.com |
| Benjamin T. Pendroff | Charles Hayes |
| bpendroff@btlaw.com | chayes@clarkhill.com |
| Josh Brandau | 2301 Broadway |
| Jbrandau@btlaw.com | San Antonia, Texas 78215 |
| 2121 North Pearl Street, Ste. 700 | Telephone: (210) 250-6000 |
| Dallas, Texas 75201 | Fax: (210) 250-6100 |
| Telephone: (214) 258-4200 | |
| Fax: (214) 258-4199 | Tate L. Hemingson |
| | themingson@clarkhill.com |
| Alexander P. Orlowski (*pro hac vice*) | 901 Main Street, Suite 6000 |
| aorlowski@btlaw.com | Dallas, Texas 75202 |
| 11 South Meridian Street | Telephone (214) 651-4300 |
| Indianapolis, Indiana 46204 | Fax: (214) 651-4330 |
| Telephone: (317) 236-1313 | |
| Fax: (317) 231-7433 | David M. Pearl (*pro hac vice*) |
| | dperl@clarkhill.com |
| | 505 Montgomery Street, 13th Floor |
| | San Francisco, California 94111 |
| | Telephone (415) 984-8500 |
| | Fax: (415) 984-8599 |
| Gerald P. Schneeweis (*pro hac vice*) | |
| gschneeweis@clarkhill.com | |
| One America Plaza | |
| 600 West Broadway, Suite 500 | |
| San Diego, California 92101 | |
| Telephone (619) 819-2414 | |
| Fax: (619) 577-0460 | |
| David M. Pearl (*pro hac vice*) | |
| dperl@clarkhill.com | |
| 505 Montgomery Street, 13th Floor | |
| San Francisco, California 94111 | |
| Telephone (415) 984-8500 | |
| Fax: (415) 984-8599 | |

#2037436v1

By:  /s/ Ryan Saba
Ryan Saba (pro hac vice)
rsaba@rosensaba.com
Laura St. Martin (pro hac)
lstmartin@rosensaba.com
Allison Owens (pro hac)
aowens@rosensaba.com
2301 Rosecrans Ave., Ste. 3180
El Segundo, California
Telephone: (310) 285-1727
Fax: (310) 285-1728

#2037436v1