UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HUMAN REGENERATIVE TECHNOLOGIES LLC; and SKYE ORTHOBIOLOGICS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION ALLOGRAFT SOLUTIONS, LLC; ALAMO BIOLOGICS, LLC; DOROTEA HOLDING CO., LLC; A. LEE ANDREWS, and DOES 1 – 10,<br><br>Defendants.<br>_____ | )<br>)<br>)<br>) Case No.: 5:24-cv-00147-JKP-RBF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AGREED JUDGMENT

Plaintiffs Human Regenerative Technologies LLC, and Skye Orthobiologics LLC, (collectively "Plaintiffs") and Defendants Precision Allograft Solutions, LLC; Alamo Biologics, LLC; Dorotea Holding Co., LLC; and A. Lee Andrews, (collectively, "Alamo") (Plaintiffs and Defendants are referred to as the "Parties") announce to the Court that all matters in controversy between them have been settled, and hereby present to the Court this Agreed Judgment ("Judgment") in accordance with the Parties settlement, for entry pursuant to the Court's May 9, 2025 Order, Docket No. 126.

On February 26, 2025, the Parties filed a Notice of Settlement (Dkt. 119) with the Court.

1

#2042770v1

On February 27, 2025, the Court issued an Order requiring that a Stipulation of Dismissal or Agreed Judgment be submitted to the Court within 30 days. (Dkt. 120.)

On March 28, 2025, the Parties filed a Joint Request for Extension (Dkt. 121) which was granted by the Court on April 1, 2025. (Dkt. 122.) The Order required that the parties either file a Dismissal by May 2, 2025, or alternatively make a request for an extension of time in which to do so. (Dkt. 122.)

On April 28, 2025, the Court issued an Order, pursuant to the Parties' Settlement and Stipulation of the Parties, dissolving the preliminary injunction and entering a permanent injunction. (Dkt. 124.)

On May 2, 2025, the Parties filed a Joint Status Report informing the Court that the terms of the Settlement had been finalized.

The Defendants acknowledged and represented to the Court: "the settlement agreement provides that Defendants have until June 14, 2025, to fund the settlement payment, and Defendants will need until then in order to do so. Consequently, Plaintiffs will not be required to dismiss the case before mid-June." (Dkt. 125 at 2.)

The Parties requested an extension to June 18, 2025 to submit a Stipulation of Dismissal stating: "This will allow the necessary time to fund the settlement and ensure that payment is received." (*Id.*)

On May 9, 2025, the Court issued an Order granting the Parties' request for an extension and Ordered the Parties to submit a Stipulation of Dismissal or an Agreed Judgment and any appropriate supporting documents no later than Friday, June 20, 2025. (Dkt. 126.)

In accordance with the Court's May 9, 2025 Order, the Parties hereby submit this Agreed Judgment.

The Parties agree that Alamo shall pay to Plaintiffs the amount of THREE MILLION FIVE HUNDRED FIFTY THOUSAND AND NO/100 ($3,550,000.00), of which the Parties agree that Alamo has already paid $100,000 to Plaintiffs.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED as follows:**

Plaintiffs Skye Orthobiologics LLC and Human Regenerative Technologies, LLC shall recover jointly and severally from Defendants Precision Allograft Solutions, LLC; Alamo Biologics, LLC; Dorotea Holding Co., LLC; and A. Lee Andrews THREE MILLION FOUR HUNDRED FIFTY THOUSAND AND NO/100 ($3,450,000.00), plus interest on any unpaid amount at the legal rate until paid.

**It is so ORDERED.**

**Dated:** _____

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**

#2042770v1