IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

(Name All Plaintiffs and Defendants)

HUMAN REGENERATIVE
TECHNOLOGIES LLC, SKYE
ORTHOBIOLOGICS LLC

vs.

PRECISION ALLOGRAFT SOLUTIONS,
LLC, ALAMO BIOLOGICS, LLC, DOROTEA
HOLDING CO., LLC, A. LEE ANDREWS

CIVIL NUMBER  5:24-CV-00147-JKP

**ABSTRACT OF JUDGMENT**

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the 26 day of June, 2025, in favor of  Plaintiffs Skye Orthobiologics, LLC and Human Regenerative Technologies, LLC  against Defendants Precision Allograft Solutions, LLC; Alamo Biologics, LLC; Dorotea Holding Co., LLC; and A. Lee Andrews

in the sum of $ 3,450,000.00 with interest at the rate of 10 per cent per annum from the 26 day of June, 2025.

Costs have been taxed by the Clerk of Court in the sum of $ _____.

Credits reflected by returns on execution in the sum of $ _____.

The address of the defendant shown in this suit in which said judgment was rendered: 5844 Rocky Point Dr, San Antonio, TX 78249 or nature of citation and date and place citation served:

_____.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this 13th day of February, 20 26.



PHILIP J. DEVLIN, CLERK

By *Veronica De Los Santos*
Deputy Clerk